```
                          United States Bankruptcy Court
                          Western District of Washington
In re:                                                             Case No. 15-41936-PBS
Mitchell L. Thompson                                               Chapter 13
Pamela L. Thompson
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0981-3      User: admin           Page 1 of 1         Date Rcvd: Jul 20, 2015
                          Form ID: finmgt       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2015.
db/jdb         +Mitchell L. Thompson,   Pamela L. Thompson,   3370 W Dayton Airport Rd,
                Shelton, WA 98584-8952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2015 at the address(es) listed below:
              Annette   Cook    on behalf of Special Request    Wells Fargo Bank, N.A. acook@mccarthyholthus.com,
               bknotice@mccarthyholthus.com
              Annette   Cook    on behalf of Special Request    Wells Fargo Bank, N.A acook@mccarthyholthus.com,
               bknotice@mccarthyholthus.com
              Annette   Cook    on behalf of Special Request    McCarthy & Holthus, LLP acook@mccarthyholthus.com,
               bknotice@mccarthyholthus.com
              Ellen Ann Brown    on behalf of Debtor Mitchell L. Thompson stopdebt@gmail.com,  ignbands@gmail.com
              Ellen Ann Brown    on behalf of Joint Debtor Pamela L. Thompson stopdebt@gmail.com,
               ignbands@gmail.com
              Jennifer L Aspaas    on behalf of Special Request    Wells Fargo Bank, N.A. ecf@rcolegal.com,
               RCO@ecf.inforuptcy.com
              Lance E Olsen    on behalf of Special Request    Wells Fargo Bank, N.A lolsen@mccarthyholthus.com
              TacomaCh13   K. Michael Fitzgerald    ecfcomputer@chapter13tacoma.org
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 9

Form finmgt (12/2013)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

| In Re: Mitchell L. Thompson and Pamela L. Thompson | Case Number: 15−41936−PBS Chapter: 13 |
|---|---|

Debtor(s).

**NOTICE OF REQUIREMENT TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**
**(Official Bankruptcy Form 23)**

You are notified that, subject to limited exceptions, a debtor (both debtors in a joint case) must complete an instructional course in personal financial management in order to receive a discharge under chapter 7, under chapter 13 or in certain individual chapter 11 cases where 11 U.S.C. § 1141(d)(3) applies. The "Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management" (Official Bankruptcy Court Form 23) must be filed with the court by debtor or the course provider.

If you are exempt from the requirement of completing a financial management course under 11 U.S.C. § 109(h)(4), you must file Official Bankruptcy Form 23 and describe the reason for the exemption. If a hearing is necessary, the court will notify you of the date, time and place of a hearing to determine if you will be granted an exemption.

Unless you are exempt from the requirement, as described above, Official Bankruptcy Form 23 must be filed before a discharge can be entered in this case. In a chapter 7 case, the form must be filed within 60 days after the first date set for the meeting of creditors under § 341. In a chapter 13 case, the form must be filed no later than the date of the last payment made as required by the plan or the filing of a motion for entry of a discharge under § 1328(b). In a chapter 11 individual case where 11 U.S.C. § 1141(d)(3) applies, the form must be filed prior to completion of all payments under the confirmed plan. Failure to file the certification may result in your case being closed without an entry of discharge. If the debtor(s) subsequently files a motion to reopen the case to allow for the filing of the Official Bankruptcy Form 23, the debtor(s) must pay the filing fee due for reopening the case.

Dated: <u>July 19, 2015</u>

Mark L. Hatcher
Clerk of the Bankruptcy Court