Form domsup13 (01/2015)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

Mitchell L. Thompson and Pamela L. Thompson

Debtor(s).

Case Number: 15–41936–MJH
Chapter: 13

## NOTICE OF REQUIREMENT TO FILE CERTIFICATE REGARDING DOMESTIC SUPPORT OBLIGATIONS

You are notified that upon completion of plan payments, **ALL** Chapter 13 debtor(s) must file a certification stating either that (i) they are not liable for any domestic support obligations; or (ii) all domestic support obligations payable by them that became due on or before the date of the certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) under any judicial or administrative order, or by statute, have been paid. (11 U.S.C. § 1328(a) and LBR 3015−1(g)).

Failure to file a certificate that all domestic support obligations have been paid or that the debtor(s) is not liable for domestic support obligations will result in the case being closed without an entry of discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of this certification, the debtor(s) must pay the full reopening fee due for the filing of the motion.

The required certificate is entitled Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q), Official Form B283. The certificate is available in the Bankruptcy Court Clerk's office or can be downloaded, with instructions at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx. The completed certificate should be mailed to the U.S. Bankruptcy Court at the address listed at the top of this notice.

Dated: <u>September 5, 2018</u>

Mark L. Hatcher
Clerk of the Bankruptcy Court